IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEW YORK LIFE INSURANCE
COMPANY,

    Plaintiff,

v.                                        Cause No. 2:22-cv-813 KG/KRS

PAUL M. ARAGON,
JOSEPH E. FITZPATRICK, III, and
DANIEL FITZPATRICK,

    Defendants.

## ORDER FOR DEPOSIT AND RELATED RELIEF

The Court having reviewed the Motion for Deposit and Related Relief submitted by Plaintiff, the New York Life Insurance Company (the "Company"), and good cause having been shown,

IT IS ORDERED as follows:

1.    The Company shall distribute to the Clerk of this Court a check(s) equal to the sum of $5,000.00 (the "Death Benefit"), which is due as a result of the death of Joseph E. Fitzpatrick (the "Insured") in connection with life insurance policy number A10318872 (the "Policy"), plus applicable interest, if any;

2.    The Defendants are hereby enjoined from instituting or prosecuting any proceeding in any State or United States court affecting the Policy or Death Benefit due thereunder, which is at issue in this interpleader action until further order of the court; and

3.    The Company shall provide the Court with quarterly updates on the status of Defendant Paul M. Aragon's criminal proceeding.

_____
UNITED STATES DISTRICT JUDGE